IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BROADCAST MUSIC, INC., *et al.*,   )
                                   )
    Plaintiffs,                    )
                                   )
v.                                 )   Civil Action No. 3:24-cv-224–HEH
                                   )
OCEAN CRAB OF CHESTERFIELD INC,    )
d/b/a OCEAN CRAB HOUSE, *et al.*,  )
                                   )
    Defendants.                    )

## FINAL ORDER

THIS MATTER is before the Court on Plaintiffs' Notice of Voluntary Dismissal with Prejudice (ECF No. 21) filed on October 28, 2024, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiffs represent that all matters have been fully resolved and compromised. Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record.

This case is CLOSED.

It is so ORDERED.

                                                      /s/
                                     Henry E. Hudson
                                     Senior United States District Judge

Date: Oct. 29 2024
Richmond, VA